IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-HC-2235-D

ANTHONY THOMAS HARRELSON,           )
                                    )
            Petitioner,             )
                                    )
      v.                            )          ORDER
                                    )
DAVID L. MAY, JR. and               )
FEDERAL BUREAU OF PRISONS,          )
                                    )
            Respondents.            )

On December 23, 2024, Anthony Thomas Harrelson ("Harrelson" or "petitioner"), a state

inmate proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 [D.E.

1]. On October 30, 2025, Harrelson was released from custody. See Offender Pub. Info., N.C.

Dep't of Adult Correction, https://webapps.doc.state.nc.us/opi/offendersearch.do?method=view

(search by inmate name) (last visited Dec. 2, 2025).

Harrelson was required to notify the court of his change of address within 14 days of his

release, but he failed to do so. See Local Civ. R. 83.3. Accordingly, the court DISMISSES the

action without prejudice for Harrelson's failure to advise the court of his new address and for

failure to prosecute, and DENIES the pending motions [D.E. 18, 21, 25, 28, 29, 30, 32, 33] as

moot. The clerk shall close the case.

SO ORDERED. This _2_ day of December, 2025.

                                        _____
                                        JAMES C. DEVER III
                                        United States District Judge